# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 19, 2025

### NO. 03-25-00503-CV

**Nicholas Haynes, Appellant**

**v.**

**Nord Group Management, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY**
**BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on June 17, 2025. Having reviewed the record, the Court holds that Nicholas Haynes has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.